IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REMON SHIELDS,

      Plaintiff,                    No. CIV S-11-0015 JAM EFB P

      vs.

D. FOSTON, et al.,

      Defendants.              ORDER

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On April 20, 2011, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. The findings and recommendations filed April 20, 2011, are adopted in full;

3  2. Plaintiff's January 28, 2011 application to proceed *in forma pauperis* is denied;

4  3. Plaintiff is directed to pay the $350 filing fee within 30 days; and

5  4. Plaintiff is admonished that failure to timely pay the filing fee will result in

6  dismissal of this action.  See 28 U.S.C. § 1914(a).

7  DATED: August 12, 2011

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE